**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Barbara V Landes** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **17-21237** |

■ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1** Ally Financial | Describe the property that secures the claim: | $27,277.00 | $16,135.00 | $11,142.00 |

**2.1** Ally Financial
Creditor's Name

Describe the property that secures the claim:

**2014 Jeep Cherokee Trailhawk 70,000 miles Valued via KBB on 7/17/17. Car is driven by minor son and is needed for his transportation to school and extra curricular activities as debtor is a single working mother and can not transport him**

**Attn: Bankruptcy Po Box 380901 Bloomington, MN 55438**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **Opened 05/16  Last Active 4/10/17**     Last 4 digits of account number   **5503**

---

| | | | | |
|---|---|---|---|---|
| **2.2** Dolomite Enterprises, LLC | Describe the property that secures the claim: | $10,880.39 | $353,904.00 | $0.00 |

**2.2** Dolomite Enterprises, LLC
Creditor's Name

Describe the property that secures the claim:

**703 Lakeridge Dr. South Elgin, IL 60177  Kane County Valued via Zillow 7/17/17. Purchased in 2011 for $280,000.**

**P.O. Box 1343 New Lenox, IL 60451**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Barbara V Landes** | | | Case number *(if know)* | **17-21237** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)     **Real Estate Taxes**

Date debt was incurred   **2015**     Last 4 digits of account number   **4003**

---

| 2.3 | **Kane County Clerk's Office** | Describe the property that secures the claim: | $0.00 | $353,904.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**719 S Batavia Ave Bldg. B
Geneva, IL 60134**

Number, Street, City, State & Zip Code

> **703 Lakeridge Dr. South Elgin, IL 60177  Kane County
> Valued via Zillow 7/17/17.
> Purchased in 2011 for $280,000.**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)     **Real Estate Taxes**

Date debt was incurred   **2015**     Last 4 digits of account number   **4003**

---

| 2.4 | **Kane County Treasurer** | Describe the property that secures the claim: | $0.00 | $353,904.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**719 South Batavia Avenue
Geneva, IL 60134**

Number, Street, City, State & Zip Code

> **703 Lakeridge Dr. South Elgin, IL 60177  Kane County
> Valued via Zillow 7/17/17.
> Purchased in 2011 for $280,000.**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)     **Real Estate Taxes**

Date debt was incurred   **2015**     Last 4 digits of account number   **4003**

---

| 2.5 | **Santander Consumer USA** | Describe the property that secures the claim: | $29,059.00 | $17,197.00 | $11,862.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Po Box 961275
Fort Worth, TX 76161**

Number, Street, City, State & Zip Code

> **2015 Jeep Cherokee 39,000 miles
> Valued via KBB on 7/17/17**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated

---

Debtor 1   **Barbara V Landes**                                    Case number (if know)   **17-21237**

First Name          Middle Name          Last Name

**Who owes the debt?** Check one.

☐ Disputed

**Nature of lien.** Check all that apply.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

■ Debtor 1 only

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Opened 05/15  Last Active**

Date debt was incurred  **3/24/17**          Last 4 digits of account number   **1000**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $67,216.39 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $67,216.39 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy