UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-21237 |
| Barbara V Landes | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER MODIFYING THE PLAN POST CONFIRMATION**

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS HEREBY ORDERED THAT:

1) Beginning April 2019, the plan payment is increased to $3,160 for the remainder of the plan; and

2) The new Plan Base is $176,450.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  March 29, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600