UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 17-21237
Barbara V Landes  )
  )  Chapter: 13
  )  Honorable Janet S. Baer
  )
  )  Kane
Debtor(s)  )

**ORDER GRANTING MOTION TO SELL PROPERTY
FREE AND CLEAR OF LIENS 363(F) AND SHORTENING NOTICE**

THIS CAUSE COMING ON TO BE HEARD on the motion of the Debtor to SELL PROPERTY FREE AND CLEAR OF LIENS pursuant to 363(f), the Court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. That Debtor's Motion to SELL PROPERTY FREE AND CLEAR OF LIENS pursuant to 363(f) located at 703 Lakeridge Dr., South Elgin, IL 60177 is granted.

2. That the Debtor's sold and past due real estate taxes will be redeemed and paid for at closing.

3. That the Debtor will provide the Trustee with a complete copy of the closing statement within 10 days of closing.

4. That the Debtor shall be paid the first $15,000 as her homestead exemption.

5. That any proceeds in excess of the Debtor's homestead exemption shall be paid to the chapter 13 trustee to be applied to the Debtor's plan base. In the event that the proceeds exceed the Debtor's plan base, the Debtor may pay off her plan base and retain all remaining proceeds.

Enter:  *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: December 13, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600